**Not for Publication**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAIME RODRIGUEZ, | |
| Plaintiff, | Civil Action No. 17-3349 (ES) (SCM) |
| v. | ORDER |
| PERTH AMBOY POLICE DEPARTMENT, et al., | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Plaintiff Jaime Rodriguez's motion for default judgment (D.E. No. 7); and the Court having considered Plaintiff's submissions in support of the motion and having heard oral argument from Plaintiff on March 5, 2018; and for the reasons set forth on the record on March 5, 2018 and for other good cause shown;

IT IS on this 6th day of March 2018,

**ORDERED** that Plaintiff's motion for default judgment (D.E. No. 7) is GRANTED as to liability only; and it is further

**ORDERED** that Plaintiff shall submit supplemental briefing and supporting documentation regarding damages within 30 days of the date of this Order.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**