UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMIE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PERTH AMBOY POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 17–cv–03349–ESK<br><br><br>ORDER |

**THE PARTIES** having reported that this matter has settled,

**IT IS** on this   **5th** day of **April 2022**   **ORDERED** that:

1. This action and any pending motions are hereby administratively terminated.

2. This order shall not constitute a dismissal order under Federal Rule of Civil Procedure (Rule) 41.

3. Within 60 days of this Order, the parties shall file all papers necessary to dismiss this action under Rule 41 or, if settlement cannot be consummated, request that the action be reopened.

4. Absent receipt of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

　　　　　　　　　　　　　　　　　　 */s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**